JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:     541-419-0074
Fax:                541-593-4452
Email:            jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| BRIANA LOUISE COUCH, | ) | Case No.  2:24-CV-01988-EFB |
|---|---|---|
| Plaintiff | ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPENING BRIEF** |
| v. | ) | |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) | |
| Defendant | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 60 Days to January 24, 2025, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to Plaintiff's counsel's heavy workload.

/////

/////

/////

/////

/////

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

                                                Respectfully submitted,

Date: November 22, 2024          JACQUELINE A. FORSLUND
                                                Attorney at Law

                                                */s/Jacqueline A. Forslund*
                                                JACQUELINE A. FORSLUND

                                                Attorney for Plaintiff

Date:  November 22, 2024         PHILLIP A. TALBERT
                                                United States Attorney
                                                MATHEW W. PILE
                                                Associate General Counsel
                                                Office of Program Litigation, Office 7

                                                */s/ Justin L. Martin*
                                                JUSTIN L. MARTIN
                                                Special Assistant United States Attorney
                                                *By email authorization

                                                Attorney for Defendant

                                                       <u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: November 25, 2024

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE