FORSLUND LAW, LLC
Jacqueline A. Forslund # 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:	541-593-4452
Email:	jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIANA LOUISE COUCH,<br><br>        Plaintiff<br><br>v.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>        Defendant | Case No.  2:24-CV-01988-EFB<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to June 11, 2025, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's fourth request for an extension.  It is requested due to the fact that Plaintiff's counsel is in extreme pain in her lower spine, hips, and legs.   The treatment she has been receiving has been ineffective so far and her insurance company did not approve the physical therapy her doctor prescribed.  She is working with her doctor to remedy these issues.  She is only able to work a couple of hours a day, but this should be enough to complete this Brief with this last extension.

**Couch v Dudek**	Stipulation and ~~Proposed~~ Order	E.D. Cal. 2:24-cv-01988-EFB

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: May 9, 2025 | JACQUELINE A. FORSLUND<br>Attorney at Law |
|   | */s/Jacqueline A. Forslund*<br>JACQUELINE A. FORSLUND<br>Attorney for Plaintiff |
| Date: May 9, 2025 | MICHELLE BECKWITH<br>Acting United States Attorney<br>MATHEW W. PILE<br>Associate General Counsel<br>Social Security Administration |
|   | */s/Justin L. Martin*<br>JUSTIN L. MARTIN<br>Special Assistant United States Attorney<br>*By email authorization<br>Attorney for Defendant |

ORDER

APPROVED AND SO ORDERED

DATED: May 20, 2025

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

**Couch v Dudek**          Stipulation and ~~Proposed~~ Order          E.D. Cal. 2:24-cv-01988-EFB