MICHELE BECKWITH
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (303) 844-6232
      E-Mail: Noah.Schabacker@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANA LOUISE COUCH,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:24-cv-01988-EFB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR AN EXTENSION OF TIME |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended from July 14, 2025, up to and including August 13, 2025. This is the Defendant's first request for an extension.

    This matter was assigned on June 19, 2025. Based on a review of the record, undersigned counsel requires additional time to explore settlement options. Defendant apologizes to the Court for any inconvenience caused by this delay. Undersigned counsel contacted Plaintiff's counsel on July 11, 2025, and she had no objection to this request.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 11, 2025                /s/ Jacqueline A. Forslund*
                                    (*as authorized via e-mail on July 11, 2025)
                                    JACQUELINE A. FORSLUND
                                    Attorney for Plaintiff

Dated: July 11, 2025                MICHELE BECKWITH
                                    Acting United States Attorney
                                    MATHEW W. PILE
                                    Associate General Counsel
                                    Social Security Administration

                            By:     /s/ Noah Schabacker
                                    NOAH SCHABACKER
                                    Special Assistant U.S. Attorney

                                    Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including August 13, 2025, to respond to Plaintiff's Motion for Summary Judgment.

DATED: July 29, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE