KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
NOAH SCHABACKER, Maryland Bar
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, MD 21235
    Telephone: (303) 844-6232
    Email: Noah.Schabacker@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIANA LOUISE COUCH,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 2:24-cv-01988-EFB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

    IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Frank Bisignano, Commissioner of Social Security ("Commissioner"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner for further administrative proceedings.

    On remand, the Commissioner will develop the record as necessary; reconsider all relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: July 31, 2025  /s/ Jacqueline A. Forslund*
JACQUELINE A. FORSLUND
Attorney for Plaintiff
*Authorized via e-mail on July 23, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration

By:  /s/ Noah Schabacker
NOAH SCHABACKER
Special Assistant United States Attorney

Attorneys for Defendant

### [PROPOSED] ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

DATED: August 7, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE